ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
KATHERINE S. BOWLES (CABN 272704)
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (410) 965-6309
Email: katherine.bowles@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| ANNE BRADSHAW,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>　　　Defendant. | CIVIL NO. 3:24-cv-02490-LJC<br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME** |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Defendant shall have a three-week extension of time from September 3, 2024, to September 24, 2024, to respond to Plaintiff's Brief in Support of Reversal and Remand (Dkt. No. 11).

This is Defendant's first request for an extension of time. Good cause exists for this extension. I recently had an emergency motion filed in another matter that is set for an expedited briefing schedule, and I have three additional District Court briefs due within the next two weeks.

Plaintiff does not oppose Defendant's request for an extension of time. The parties further stipulate that the deadline for any reply by Plaintiff, if necessary, will be extended accordingly.

Respectfully submitted,

Dated: August 27, 2024

*/s/ Paul Kim*
(*as authorized by email on 8/27/24)
PAUL KIM
Attorney for Plaintiff

Dated: August 27, 2024

ISMAIL J. RAMSEY
United States Attorney

By:   */s/ Katherine S. Bowles*
KATHERINE S. BOWLES
Special Assistant United States Attorney
Attorneys for Defendant

In accordance with Civil Local Rule 5-1(i)(3), I, Katherine S. Bowles, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.

/s Katherine S. Bowles

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: August 28, 2024

_____
THE HONORABLE LISA J. CISNEROS
United States Magistrate Judge